(77 South. 1000)

FOLEY v. ALABAMA GREAT SOUTHERN R. CO. (7 Div. 824.) (Supreme Court of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Nesmith & Hunt, of Birmingham, and Hunt & Wolfes, of Ft. Payne, for appellant. Goodhue & Brindley, of Gadsden, for appellee.

PER CURIAM. Case settled and appeal dismissed.

(77 South. 1000)

GERSON v. TEAL. (7 Div. 914.) (Supreme Court of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Rutherford Lapsley, of Anniston, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

(77 South. 1000)

GROCE v. STATE. (7 Div. 915.) (Supreme Court of Alabama. Jan. 24, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(77 South. 1000)

HALL v. HALL et al. (3 Div. 340.) (Supreme Court of Alabama. Dec. 20, 1917.) Appeal from Circuit Court, Montgomery County, in Equity; Gaston Gunter, Judge.

PER CURIAM. Appeal dismissed by appellant.

(77 South. 1000)

HARD et al. v. WALKER. (6 Div. 694.) (Supreme Court of Alabama. Feb. 7, 1918.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Coleman & Coleman, of Birmingham, for appellants. Huey & Welch, of Bessemer, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(77 South. 1000)

HARRISON v. WORTHY et al. (5 Div. 683.) (Supreme Court of Alabama. Dec. 20, 1917.) Appeal from Circuit Court, Tallapoosa County, in Equity; S. L. Brewer, Judge. Bill by C. E. Harrison against J. T. Worthy and others. From a decree dismissing the bill, plaintiff appeals. Affirmed. Thomas L. Bulger, of Dadeville, for appellant. Barnes & Walker, of Opelika, for appellees.

MAYFIELD, J. The bill is to cancel a mortgage. The grounds alleged for cancellation are: First, that the property mortgaged was that of the wife, and that the mortgage was to secure the debt of the husband, in violation of section 4497 of the Code; second, that the property mortgaged was the homestead of the husband, and that it was not alienated or conveyed as required by section 205 of the Constitution, or section 4161 of the Code. Without regard to the inconsistency or repugnancy of these two grounds and the manner in which they were pleaded, it is sufficient to say that both were fully denied in the answer, and that the proof fails to convince us as to either ground as alleged. It could serve no good purpose to discuss the evidence in support of the bill or the answer. As there is no dispute touching any question of law involved, let the decree of the circuit judge dismissing the bill be affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(77 South. 1000)

HODGES v. SOUTHERN STATES FIRE INS. CO. et al. (6 Div. 697.) (Supreme Court of Alabama. Dec. 20, 1917.) Appeal from Circuit Court, Jefferson County, in Equity; C. W. Ferguson, Judge. Altman & Edmondson, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed on motion of appellant.

(77 South. 1000)

JONES et al. v. CHILSON et al. (4 Div. 737.) (Supreme Court of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Barbour County, in Equity; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed.

(77 South. 1000)

Ex parte JOYNER. JOYNER v. STATE. (5 Div. 691.) (Supreme Court of Alabama. Dec. 20, 1917.) Certiorari to Court of Appeals. William Joyner was convicted of a violation of the prohibition law, and he appealed to the Court of Appeals, which affirmed (77 So. 78), and he petitions for certiorari. Certiorari denied. Riddle & Riddle, of Talladega, for appellant. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. The petition for certiorari in this case is denied, on the principle asserted in the opinion filed by Mayfield, J., in Ex parte Brooms, 73 South. 35.[1] Certiorari denied. All the Justices concur, except ANDERSON, C. J., dissenting.

(77 South. 1000)

LUSK et al. v. MADISON. (6 Div. 646.) (Supreme Court of Alabama. Dec. 20, 1917.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. M. E. Nettles and J. H. Bankhead, Jr., both of Jasper, for appellants. Leith & Gunn, of Jasper, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(77 South. 1000)

Ex parte NATIONAL LIFE INS. CO. OF AMERICA. (6 Div. 722.) (Supreme Court of Alabama. Jan. 17, 1918.) Certiorari to Court of Appeals. Action by Nathan O. Hedgecoth against the National Life Insurance Company of the United States of America. Judgment for plaintiff was affirmed by the Court of Appeals (77 South. 422), and defendant petitions for certiorari. Denied. Mathews & Mathews, of Bessemer, for appellant. Goodwyn & Ross, of Bessemer, for appellee.

PER CURIAM. Petition of the National Life Insurance Company of the United States of America for certiorari to the Court of Appeals to review and revise the judgment rendered by said court on the appeal of National Life Insurance Company of the United States of America v. Nathan O. Hedgecoth, 77 South. 422. Writ denied.